Kim R. Mayor, No. 139667
**MAYOR LAW OFFICES**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (415) 426-3588
Email: mayorlaw@aol.com

Attorneys for Defendants and Cross-Complainants BEST FOODS INTERNATIONAL, INC., INTERCON MARKETING & INVESTMENTS, INC., PHONG TRAN, TAN VO, THI VO, MTV INVESTMENTS LLC, MTV INVESTMENTS, INC. and Defendants DZUNG (PETER) N. NGUYEN, KARA CHAU, STEVEN VO, GLOBAL QUALITY FOODS, INC., NEXT SEAFOOD COMPANY, INC., BEST SOURCES TRADING, INC.

Wallace E. Smith, Bar No. 112091
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, California 94104
Telephone:   415.989.5900
Facsimile:    415.989.0932
Email: wsmith@cbmlaw.com

Attorneys for Defendants and Cross-Complainants BEST FOODS INTERNATIONAL, INC., INTERCON MARKETING & INVESTMENTS, INC., PHONG TRAN, TAN VO, THI VO, MTV INVESTMENTS LLC and MTV INVESTMENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUAN PHAN,<br><br>          Plaintiff,<br><br>     v.<br><br>BEST FOODS INTERNATIONAL, INC.; INTERCON MARKETING & INVESTMENTS, INC., PHONG TRAN, TAN VO, THI VO, MTV INVESTMENTS LLC, MTV INVESTMENTS, INC., DZUNG (PETER) N. NGUYEN, KARA CHAU, STEVEN VO, GLOBAL QUALITY FOODS, INC., NEXT SEAFOOD COMPANY, INC., | Case No. 3:14-cv-00888-RS<br><br>**STIPULATED ORDER RE: ANSWER DUE DATE FOR DEFENDANTS** |

1  BEST SOURCES TRADING, INC.

2              Defendants.

3

4  BEST FOODS INTERNATIONAL, INC., et al.,

5              Cross-Complainants,

6       v.

7  TUAN PHAN, et al.,

8              Cross-Defendants.

## I.

### STIPULATION

Counsel for all parties stipulate that the time for Defendants to answer the Complaint shall be extended to twenty-one (21) days after the Court issues its order regarding Defendants' Motion to Dismiss.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated:  June 9, 2014              WALTER & WILHELM LAW GROUP

                                  By     /s/
                                     Paul J. Bauer
                                     Attorneys for Plaintiff and Cross-Defendant TUAN PHAN

Dated:  June 9, 2014              CARROLL, BURDICK & McDONOUGH LLP

                                  By     /s/
                                     Wallace E. Smith
                                     Attorneys for Defendants and Cross-Complainants BEST FOODS INTERNATIONAL, INC., et al.

/ / /

/ / /

/ / /

Dated: June 9, 2014          MAYOR LAW OFFICES

By /s/
 Kim R. Mayor
 Attorneys for Defendants and Cross-Complainants
 BEST FOODS INTERNATIONAL, INC., et al.

## II.

### ORDER

PURSUANT TO STIPULATION, IT IS ORDERED:

1. The time for Defendants to answer the Complaint shall be extended to twenty-one (21) days after the issuance of an order regarding Defendants' Motion to Dismiss.

DATED: June 9, 2014

 *[signature]*
 The Honorable Richard Seeborg
 UNITED STATES DISTRICT COURT JUDGE