Kim R. Mayor, No. 139667
**MAYOR LAW OFFICES**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (415) 426-3588
Email: mayorlaw@aol.com

Attorneys for Defendants and Cross-Complainants BEST FOODS INTERNATIONAL, INC., INTERCON MARKETING & INVESTMENTS, INC., PHONG TRAN, TAN VO, THI VO, MTV INVESTMENTS LLC, MTV INVESTMENTS, INC. and Defendants DZUNG (PETER) N. NGUYEN, KARA CHAU, STEVEN VO, GLOBAL QUALITY FOODS, INC., NEXT SEAFOOD COMPANY, INC., BEST SOURCES TRADING, INC.

Wallace E. Smith, Bar No. 112091
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, California 94104
Telephone:   415.989.5900
Facsimile:    415.989.0932
Email:  wsmith@cbmlaw.com

Attorneys for Defendants and Cross-Complainants BEST FOODS INTERNATIONAL, INC., INTERCON MARKETING & INVESTMENTS, INC., PHONG TRAN, TAN VO, THI VO, MTV INVESTMENTS LLC and MTV INVESTMENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUAN PHAN, <br><br>  Plaintiff, <br><br> v. <br><br> BEST FOODS INTERNATIONAL, INC.; INTERCON MARKETING & INVESTMENTS, INC., PHONG TRAN, TAN VO, THI VO, MTV INVESTMENTS LLC, MTV INVESTMENTS, INC., DZUNG (PETER) N. NGUYEN, KARA CHAU, STEVEN VO, GLOBAL QUALITY FOODS, INC., NEXT SEAFOOD COMPANY, INC., | Case No. 3:14-cv-00888-RS <br><br> **STIPULATED ORDER RE: OPPOSITION AND REPLY PAPERS DATES FOR DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT** |

CARROLL, BURDICK & McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-SF\SF630019-1                                -1-                                Case No. 3:14-cv-00888-RS
STIPULATED ORDER RE: OPPOSITION AND REPLY PAPERS DEFENDANTS' MOTION TO DISMISS THIRD AM. COMPLAINT

| | |
|---|---|
| 1 | BEST SOURCES TRADING, INC. |
| 2 | Defendants. |
| 3 | |
| 4 | BEST FOODS INTERNATIONAL, INC., et al., |
| 5 | Cross-Complainants, |
| 6 | v. |
| 7 | TUAN PHAN, et al., |
| 8 | Cross-Defendants. |

I.

**STIPULATION**

Defendants filed a Motion to Dismiss Plaintiff's Third Amended Complaint on June 16, 2014. The current date for Plaintiff to file his opposition to said motion is June 30, 2014 and Defendants' reply is due July 7, 2014. Counsel for all parties stipulate that the date for Plaintiff to file his opposition be extended to July 17, 2014 and the date for Defendants to file their reply brief be extended to July 24, 2014.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: June 16, 2014       WALTER & WILHELM LAW GROUP

By    /s/
      Paul J. Bauer
      Attorneys for Plaintiff and Cross-Defendant TUAN PHAN

Dated: June 16, 2014       CARROLL, BURDICK & McDONOUGH LLP

By    /s/
      Wallace E. Smith
      Attorneys for Defendants and Cross-Complainants
      BEST FOODS INTERNATIONAL, INC., et al.

///

///

CARROLL, BURDICK & McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-SF\SF630019-1    -2-    Case No. 3:14-cv-00888-RS
STIPULATED ORDER RE: OPPOSITION AND REPLY PAPERS DEFENDANTS' MOTION TO DISMISS THIRD AM. COMPLAINT

Dated: June 16, 2014                    MAYOR LAW OFFICES

By  /s/
    Kim R. Mayor
    Attorneys for Defendants and Cross-Complainants
    BEST FOODS INTERNATIONAL, INC., et al.

## II.

### ORDER

PURSUANT TO STIPULATION, IT IS ORDERED:

1. The date for Plaintiff to file his opposition to Defendants' Motion to Dismiss Third Amended Complaint is extended to July 17, 2014 and the date for Defendants' to file their reply brief is extended to July 24, 2014. The date and time for the hearing on the Motion shall be July 31, 2014 at 1:30 p.m.

DATED: June 17, 2014

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT COURT JUDGE

CARROLL, BURDICK & McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-SF\SF630019-1                    -3-                    Case No. 3:14-cv-00888-RS
STIPULATED ORDER RE: OPPOSITION AND REPLY PAPERS DEFENDANTS' MOTION TO DISMISS THIRD AM. COMPLAINT