Kim R. Mayor, No. 139667
**MAYOR LAW OFFICES**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (415) 426-3588
Email: mayorlaw@aol.com

Attorneys for Defendants and Cross-Complainants BEST FOODS INTERNATIONAL, INC., INTERCON MARKETING & INVESTMENTS, INC., PHONG TRAN, TAN VO, THI VO, MTV INVESTMENTS LLC, MTV INVESTMENTS, INC. and Defendants DZUNG (PETER) N. NGUYEN, KARA CHAU, STEVEN VO, GLOBAL QUALITY FOODS, INC., NEXT SEAFOOD COMPANY, INC., BEST SOURCES TRADING, INC.

Wallace E. Smith, Bar No. 112091
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, California 94104
Telephone:   415.989.5900
Facsimile:    415.989.0932
Email: wsmith@cbmlaw.com

Attorneys for Defendants and Cross-Complainants BEST FOODS INTERNATIONAL, INC., INTERCON MARKETING & INVESTMENTS, INC., PHONG TRAN, TAN VO, THI VO, MTV INVESTMENTS LLC and MTV INVESTMENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUAN PHAN,<br><br>              Plaintiff,<br><br>      v.<br><br>BEST FOODS INTERNATIONAL, INC.; INTERCON MARKETING & INVESTMENTS, INC., PHONG TRAN, TAN VO, THI VO, MTV INVESTMENTS LLC, MTV INVESTMENTS, INC., DZUNG (PETER) N. NGUYEN, KARA CHAU, STEVEN VO, GLOBAL QUALITY FOODS, INC., NEXT SEAFOOD COMPANY, INC., | Case No. 3:14-cv-00888-RS<br><br>**STIPULATED ORDER RE: RESPONSE TO FOURTH AMENDED COMPLAINT** |

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-SF\SF637482-1                                              -1-                              Case No. 3:14-cv-00888-RS
STIPULATED ORDER RE: OPPOSITION AND REPLY PAPERS DEFENDANTS' MOTION TO DISMISS THIRD AM. COMPLAINT

| | |
|---|---|
| BEST SOURCES TRADING, INC. | |
| Defendants. | |
| BEST FOODS INTERNATIONAL, INC., et al., | |
| Cross-Complainants, | |
| v. | |
| TUAN PHAN, et al., | |
| Cross-Defendants. | |

## I.

### STIPULATION

Plaintiff filed a Fourth Amended Complaint on August 18, 2014.  Defendants intend to file a Motion to Dismiss which would be due September 8, 2014.  Counsel for all parties stipulate that the date for Defendants to file a Motion to Dismiss be extended to September 15, 2014 and that the dates for opposition and reply papers be re-set with reference to the new filing date of the Motion to Dismiss.  Counsel for all parties further stipulate that the time for Defendants to answer Plaintiff's Complaint shall be extended to twenty-one (21) days after the Court issues its Order regarding Defendant's September 15, 2014 Motion to Dismiss.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated:  September 4, 2014                WALTER & WILHELM LAW GROUP

By ____/s/____
Paul J. Bauer
Attorneys for Plaintiff and Cross-Defendant TUAN PHAN

/ / /

/ / /

/ / /

/ / /

/ / /

CARROLL, BURDICK & MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-SF\SF637482-1                    -2-                    Case No. 3:14-cv-00888-RS
STIPULATED ORDER RE: OPPOSITION AND REPLY PAPERS DEFENDANTS' MOTION TO DISMISS THIRD AM. COMPLAINT

| | |
|---|---|
| Dated: September 4, 2014 | CARROLL, BURDICK & McDONOUGH LLP |
| | By /s/<br>Wallace E. Smith<br>Attorneys for Defendants and Cross-Complainants<br>BEST FOODS INTERNATIONAL, INC., et al. |
| Dated: September 4, 2014 | MAYOR LAW OFFICES |
| | By /s/<br>Kim R. Mayor<br>Attorneys for Defendants and Cross-Complainants<br>BEST FOODS INTERNATIONAL, INC., et al. |

## II.

### ORDER

PURSUANT TO STIPULATION, IT IS ORDERED:

1. The date for Defendants to file a Motion to Dismiss the Fourth Amended Complaint is extended to September 15, 2014. The dates for the parties to file their opposition and reply briefs shall be re-set with reference to the new filing date of the Motion to Dismiss. Defendants' Answer to Plaintiff's Complaint shall be extended to twenty-one (21) days after the Court issues its Order regarding Defendants' September 15, 2014 Motion to Dismiss.

DATED: 9/4 , 2014

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT COURT JUDGE

CARROLL, BURDICK & MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-SF\SF637482-1                -3-                Case No. 3:14-cv-00888-RS
STIPULATED ORDER RE: OPPOSITION AND REPLY PAPERS DEFENDANTS' MOTION TO DISMISS THIRD AM. COMPLAINT