Paul J. Bauer #202752
Deborah K. Boyett #216526
WALTER & WILHELM LAW GROUP
A Professional Corporation
205 E. River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:    (559) 435-9868
E-mail: pbauer@W2LG.com
E-mail: dboyett@W2LG.com

Attorneys for Plaintiff and Cross-Defendant, Tuan Phan

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TUAN PHAN,<br><br>             Plaintiff,<br><br>    v.<br><br>BEST FOODS INTERNATIONAL, INC., et al.,<br><br>             Defendants. | CASE NO. 3:14-cv-00888 RS<br><br>**STIPULATE ORDER RE: OPPOSITION AND REPLY PAPERS DATES FOR DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S FOURTH AMENDED COMPLAINT AND DEFENDANTS' MOTION FOR SANCTIONS** |
| BEST FOODS INTERNATIONAL, INC., et al.,<br><br>             Cross-Complainants,<br><br>    v.<br><br>TUAN PHAN, et al.<br><br>             Cross-Defendants | |

I.

**STIPULATION**

Defendants filed a Motion to Dismiss and Motion to Strike Portions of Plaintiff's Fourth Amended Complaint on September 15, 2014. The current date for Plaintiff to file his opposition to said motion is September 29, 2014. Counsel for all parties stipulate that the date for Plaintiff

---

1

STIPULATE ORDER RE: OPPOSITION AND REPLY PAPERS DATES FOR DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S FOURTH AMENDED COMPLAINT AND DEFENDANTS' MOTION FOR SANCTIONS

1  to file his opposition be extended to October 6, 2014 and the date for Defendants to file their
2  reply brief be extended to October 15, 2014.
3          Defendants filed a Motion for Sanctions on September 15, 2014. The current date for
4  Plaintiff to file his opposition to said motion is September 29, 2014. Counsel for all parties
5  stipulate that the date for Plaintiff to file his opposition be extended to October 6, 2014 and the
6  date for Defendants to file their reply brief be extended to October 15, 2014.

8          IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

10  Dated: September 25, 2014                WALTER & WILHELM LAW GROUP

12                                            By _____/s/ Paul J. Bauer_____
                                              Paul J. Bauer
13                                            Attorneys for Plaintiff and Cross-Defendant TUAN
                                              PHAN

16  Dated: September 25, 2014                CARROLL, BURDICK & McDONOUGH LLP

18                                            By _____/s/_____
                                              Wallace E. Smith
19                                            Attorneys for Defendants and Cross-Complainants
                                              BEST FOODS INTERNATIONAL, INC., et al.

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

STIPULATE ORDER RE: OPPOSITION AND REPLY PAPERS DATES FOR DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S FOURTH AMENDED COMPLAINT AND DEFENDANTS' MOTION FOR SANCTIONS

Dated: September 25, 2014

MAYOR LAW OFFICES

By     /s/
Kim R. Mayor
Attorneys for Defendants and Cross-Complainants
BEST FOODS INTERNATIONAL, INC., et al.

## II.

## ORDER

PURSUANT TO STIPULATION, IT IS ORDERED:

1. The date for Plaintiff to file his opposition to Defendants' Motion to Dismiss and Motion to Strike Portions of Plaintiff's Fourth Amended Complaint is extended to October 6, 2014 and the date for Defendants to file their reply brief is extended to October 15, 2014; and

2. The date for Plaintiff to file his opposition to Defendants' Motion for Sanctions is extended to October 6, 2014 and the date for Defendants to file their reply brief is extended to October 15, 2014.

DATED: September 25, 2014

_[signature]_
The Honorable Richard Seeborg
UNITED STATES DISTRICT COURT JUDGE

3

STIPULATE ORDER RE: OPPOSITION AND REPLY PAPERS DATES FOR DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S FOURTH AMENDED COMPLAINT AND DEFENDANTS' MOTION FOR SANCTIONS