UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUAN PHAN,<br><br>       Plaintiff,<br><br>   v.<br><br>BEST FOODS INTERNATIONAL, INC., et al.,<br><br>       Defendants. | Case No. 14-cv-00888-RS<br><br>**ORDER EXTENDING TIME TO ANSWER FOURTH AMENDED COMPLAINT** |

Pursuant to the parties' stipulation, defendants shall file an answer to the Fourth Amended Complaint on or before December 2, 2014.

**IT IS SO ORDERED**.

Dated: November 17, 2014

_____
RICHARD SEEBORG
United States District Judge