ANN A. NGUYEN (S.B.#178712)
aan@robinsonwood.com
GABRIEL G. GREGG (S.B.#187333)
ggg@robinsonwood.com
ROBINSON & WOOD, INC.
227 N. 1st Street
San Jose, California 95113
Telephone:  (408) 298-7120
Facsimile:  (408) 298-0477

Attorneys for Defendants Best Foods International, Inc.,
Intercon Marketing & Investments, Inc., Phong Tran,
Tan M. Vo, Thi M. Vo, MTV Investments, LLC,
MTV Investments, Inc. and Global Quality Foods, Inc.;
and Counter-claimants BFI, Inc., Tan M. Vo, and Thi M. Vo

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TUAN PHAN<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BEST FOODS INTERNATIONAL, INC., et al.,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. 3:14-CV-00888-RS<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEYS**<br><br>Judge:　Hon. Richard G. Seeborg<br>Dept.:　Courtroom 3, 17th Floor<br><br>Trial Date:　None Assigned |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Notice is hereby given that, subject to approval by the Court, Defendants Best Foods International, Inc., Intercon Marketing & Investments, Inc., Phong Tran, Tan M. Vo, Thi M. Vo, MTV Investments, LLC, MTV Investments, Inc. and Global Quality Foods, Inc.; and Counter-claimants BFI, Inc., Tan M. Vo, and Thi M. Vo, substitute Ann A. Nguyen (California State Bar No. 178712)

1  and Gabriel G. Gregg (California State Bar No. 187333), as counsel of record in place of Kim Rae
2  Mayor, Esq. and Wallace Eric Smith, Esq..
3      Contact information for new counsel is as follows:
4                      ANN A. NGUYEN
             E-mail: aan@robinsonwood.com
5
6                  GABRIEL G. GREGG
            E-mail: ggg@robinsonwood.com
7               ROBINSON & WOOD, INC.
              227 N. First Street
8              San Jose, California 95113
            Telephone: (408) 298-7120
9                Fax: (408) 298-0477

10
11  I consent to the above substitution.
12
13  Date: 8-19-15
                          TAN M. VO, individually and as authorized
14                            representative for Best Foods International,
                          Global Quality Foods
15
16  Date: 8-19-15
17                            THI M. VO, individually and as authorized
                          representative for MTV Investments, LLC,
18                            MTV Investments, Inc.

19
20  Date: 8-19-15
                          PHONG TRAN, individually and as
                          Authorized representative for Intercon
21                            Marketing & Investments
22
23  I consent to be substituted.
                          MAYOR LAW OFFICES
24
25
26  Date: 8/21/15
                          KIM RAE MAYOR
27
28

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 1 | Date: 8/24/15 | CARROLL, BURDICK & McDONOUGH, LLP |
| 2 | | |
| 3 | | _____ |
| 4 | | WALLACE ERIC SMITH |
| 5 | I consent to the above substitution. | |
| 6 | Date: 8/21/15 | ROBISON & WOOD, INC. |
| 7 | | |
| 8 | | _____ |
| 9 | | ANN A. NGUYEN |
| 10 | Date: | ROBISON & WOOD, INC. |
| 11 | | |
| 12 | | _____ |
| 13 | | GABRIEL G. GREGG |

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/26/15

_____
HON. RICHARD G. SEEBORG
JUDGE OF THE U.S. DISTRICT COURT